# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DERRICK EDWARD ROBINSON,

Plaintiff,

v.

WARDEN HILTON HALL; and UNIT
MANAGER HANK SIZEMORE, in their
individual and official capacities,

Defendants.

CIVIL ACTION NO.: 5:18-cv-30

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 27. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint and **DENIES as moot** Plaintiff's motions for injunctive relief. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:50 pm, Mar 26, 2019

AO 72A
(Rev. 8/82)

The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 26 day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)